# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | |
| Plaintiff, | Case No. 2:12-cv-00554-GMN-GWF |
| vs. | **ORDER** |
| TRADE SHOW FABRICATIONS WEST, INC., *et al.*, | Emergency Motion to Extend Deadline (#35) |
| Defendants. | |

This matter comes before the Court on Defendant Ronald Suissa's ("Defendant") Emergency Motion to Extend Deadline to Respond to Discovery Requests (#35), filed on December 18, 2012.

A party must serve its answers and objections to written discovery requests within thirty days of being served with the requests. *See* Fed. R. Civ. P. 33(b)(2), 34(b)(2)(a), 36(a)(3). Defendant's responses to Plaintiff's written discovery requests are currently due December 21, 2012. Counsel for Defendant, however, substituted into the case on December 12, 2012. *See Doc. #34.* Defendant represents that he is unable to timely respond to the requests given the recent substitution of counsel, and that his attempts to receive an extension of time from Plaintiff were unsuccessful. Currently, the discovery cutoff in this case is March 15, 2013. *See Doc. #32* at 3:15. The Court finds that Defendant establishes good cause for an extension of time to respond to Plaintiff's written discovery requests. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Ronald Suissa's Emergency Motion to Extend Deadline to Respond to Plaintiff JP Morgan Chase Bank, N.A.'s Written Discovery Requests (#35) is **granted.**

**IT IS FURTHER ORDERED** that Defendant Ronald Suissa shall have until **January 20, 2013** to respond to Plaintiff's written discovery requests.

**IT IS FURTHER ORDERED** that, in the event Plaintiff has good cause to shorten this Order's thirty-day extension of time for Defendant to respond to discovery requests, Plaintiff shall file a response with the Court by **December 24, 2012.**

DATED this 20th day of December, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge