**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | ) |
| Plaintiff, | ) Case No. 2:12-cv-00554-GMN-CWH |
| vs. | ) **ORDER** |
| TRADE SHOW FABRICATIONS WEST, INC., et al., | ) |
| Defendants. | ) |

This matter is before the Court on Defendant Ronald Suissa's Motion for Leave to File a Crossclaim (#43), filed March 11, 2013. The proposed crossclaim is attached as exhibit 1 to the motion. The motion is not opposed. Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly,

**IT IS HEREBY ORDERED** that Defendant Ronald Suissa's Motion for Leave to File a Crossclaim (#43) is **granted**.

DATED this 3rd day of April, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**