# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JP MORGAN CHASE BANK, N.A., | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00554-GMN-CWH |
| vs. | ) | **ORDER** |
| TRADE SHOW FABRICATIONS WEST, INC., et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on defense counsel's Motion to Withdraw as Counsel of Record (#48), filed June 14, 2013.  By way of the motion, the attorneys from the law firm of Jolley Urga Wirth Woodbury & Standish seek to withdraw from representation of Defendant Trade Show Fabrications West, Inc., Defendant Trade Show Specialists, Corp., Defendant Metalmen, Inc., and Defendant Trade Show Fabrications, Inc ("Corporate Defendants").

Local Rule IA 10-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of Court after noice has been served on the affected client and opposing counsel." The undersigned has reviewed the motion and declaration submitted in support thereof and finds that the requirements of Local Rule IA 10-6(b) have been met.  The undersigned further finds that there is good cause for the withdrawal.  The Court notes that, as a consequence of withdrawal, the Corporate Defendants will not have counsel.  In order to proceed in this matter the Corporate Defendants must retain new counsel.  *See U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (A corporation may appear in federal court only through licensed counsel). Accordingly,

**IT IS HEREBY ORDERED** that defense counsel's Motion to Withdraw as Counsel of Record (#48) is **granted**.

**IT IS FURTHER ORDERED** that the Corporate Defendants shall have until **Monday,**

**July 15, 2013**, to advise the Court if they will retain new counsel.

  **IT IS FURTHER ORDERED** that moving counsel shall serve a copy of this Order to their former clients and file a notice of service within ten (10) days of entry of the Order.

  **IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known address of the Corporate Defendants to the civil docket:

    **5845 Wynn Road**
    **Las Vegas, Nevada 89118**

2. Mail a copy of this order to the Corporate Defendants at their last known address listed above.

DATED: June 17, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**